UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS ISMAEL CHAVEZ ESQUIVEL,<br><br>                    Plaintiff,<br><br>     v.<br><br>UR MENDOZA JADDOU, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                    Defendants. | CASE NO. 2:23-cv-01797-TL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff and the assigned District Judge.

DATED this 28th day of November, 2023.

*[signature]*

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1